UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANOMALOUS PRODUCTIONS, LLC; DANNY
ABOSCH; and JOHN MACLAY,

          Plaintiffs,

    vs.

SCHOLASTIC ENTERTAINMENT INC.; and
SCHOLASTIC INC.,

          Defendants.

Civil Case No. 1:24-cv-08041

Hon. Analisa Torres

**NOTICE OF MOTION
TO DISMISS PURSUANT
TO FED. R. CIV. P. 12(b)(6)**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, dated March 18, 2025, the Declaration of Guy Cohen, dated March 18, 2025, and the exhibit thereto, and all of the prior pleadings and proceedings in this action, Defendants Scholastic Inc. and Scholastic Entertainment Inc., hereby move this Court, before the Honorable Analisa Torres, at the Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl St., New York, NY 10007, on a date and time that the Court will designate, for an Order, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss Counts I, II, III, VI, VII, VIII, IX and X of the First Amended Complaint (ECF No. 28), with prejudice, for failure to state a claim upon which relief may be granted.

**PLEASE TAKE FURTHER NOTICE** that, as set forth in the Court's Orders dated February 18, 2025 (ECF No. 38) and February 24, 2025 Orders (ECF No. 42), Plaintiffs shall file any opposition to this motion by April 15, 2025, and Defendants shall file their reply by May 6, 2025.

Dated: New York, New York
        March 18, 2025

By: */s/ Guy Cohen*
    _____
    **DAVIS+GILBERT LLP**
    Guy Cohen
    Jacklyn M. Siegel
    William S. Kukin
    1675 Broadway
    New York, New York 10019
    (212) 468-4800
    gcohen@dglaw.com
    jseigel@dglaw.com
    wkukin@dglaw.com

    *Attorneys for Defendants Scholastic Inc. and*
    *Scholastic Entertainment Inc.*

2