**MEMO ENDORSED.**

# KLARIS

March 18, 2025

**Via Email**

The Hon. Ona T. Wang
United States District Court
500 Pearl Street
New York, NY 10007
(212) 805-0260
Wang_NYSDChambers@nysd.uscourts.gov

Re:    *Abosch et al. v. Scholastic Entertainment Inc., et al.* **(No. 24-cv-08041)**

Dear Judge Wang:

The Parties write jointly in connection with the Court's Order of March 14, 2025 (ECF No. 47). In that Order, Your Honor directed the Parties to meet as to (a) whether Plaintiff's March 12, 2024 letter (ECF No. 46) should remain sealed; (b) whether the parties wish to have a follow up preliminary settlement conference call; and (c) what relief, if any, either party seeks from the Court in connection with Plaintiff's letter.

The parties have met and conferred as to the above issues, and report the following:

- The Parties do not believe the letter needs to remain sealed, but both agree to redact the portions of the second paragraph referencing confidential information, and Plaintiffs agree to file a letter-motion to seal on behalf of all Parties;
- If Your Honor believes that a further settlement discussion would be productive, the Parties are available for a settlement conference on March 31, April 1-2, or April 7-9, at the Court's convenience (and can provide further available dates later in April if needed);
- Neither Party seeks any relief from the Court in connection with Plaintiff's letter.

Thank you for your attention to this matter.

The parties' motion to seal (due March 21, as noted in the Court's March 13 Order at ECF 47) will be accompanied by a proposed redacted letter.

It matters less (or not at all) what **I** think about further settlement discussions; a case cannot settle unless both sides are willing to engage productively and in good faith.

**SO ORDERED.**

Ona T. Wang
U.S.M.J.

Mar. 19, 2025

Best Regards,

Lance Koonce

Page 1 of 1

Klaris Law PLLC
161 Water Street, Ste 904, New York, NY 10038

Lance.Koonce@KlarisLaw.com
(917) 612-5861