# KLARIS

March 31, 2025

**Via ECF**

Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

       **Re:**    ***Abosch et al. v. Scholastic Entertainment Inc., et al.* (No. 24-cv-08041)**

Dear Judge Torres:

We write on behalf of Plaintiffs Danomalous Productions, LLC, Danny Abosch and John Maclay ("Plaintiffs") pursuant to Paragraph III(B)(iv) of Your Honor's Individual Rules, in connection with the partial motion to dismiss filed by Defendants Scholastic Inc. and Scholastic Entertainment Inc. ("Defendants") (ECF No. 49). Your Honor requires that "the non-moving party must, within ten days of receipt of the motion, notify the Court and its adversary in writing whether (1) it intends to file an amended pleading and when it will do so, or (2) it will rely on the pleading being attacked."

The Parties have followed Your Honor's two-step process for motions to dismiss, with Defendants serving an initial pre-motion letter on Plaintiffs on November 11, 2024 and Plaintiffs responding by letter on November 21, and also seeking leave to amend their Complaint (ECF No. 18). Plaintiffs filed an Amended Complaint on January 7, 2025 (ECF No. 28). Defendants followed up with a second pre-motion letter (ECF No. 35), to which Plaintiffs duly responded (ECF No. 37). Notwithstanding Plaintiff's response, Defendants have now filed a partial motion to dismiss.

Plaintiffs intend to rely on their Amended Complaint and do not seek to further amend at this time.

          Respectfully Submitted,

          /s/Lacy H. Koonce III

          Lacy H. Koonce, III
          Klaris Law PLLC
          161 Water Street, #904
          New York, NY 10038
          Lance.koonce@klarislaw.com
          (917) 612-5861
          *Attorneys for Plaintiffs*