USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/8/2025__

# KLARIS

<u>Via ECF</u>                                                                                                                   July 2, 2025

Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

           Re:     <u>*Abosch et al. v. Scholastic Entertainment Inc., et al.* (No. 24-cv-08041)</u>

Dear Judge Torres:

This firm represents Plaintiffs Danomalous Productions, LLC, Danny Abosch and John Maclay ("Plaintiffs"), in the above captioned matter. Plaintiffs and Defendants Scholastic Inc., and Scholastic Entertainment Inc. ("Defendants") respectfully submit this joint letter requesting a 60-day extension of the fact discovery deadline and all subsequent dates.

Pursuant to Your Honor's Case Management Plan and Scheduling Order ("CMP", ECF No. 33), the Parties deadline to complete fact discovery is August 4. Plaintiffs filed their initial Complaint on October 23, 2024 (ECF No. 7) and Amended Complaint on January 7, 2025x (ECF No. 28). Defendants filed a Motion to Dismiss eight out of the ten claims on March 3, 2025, which motion remains pending.

If your Honor grants this request, all fact discovery will be completed by **October 3, 2025**, and all expert discovery will be completed by **November 3, 2025** (45 days from completion of fact discovery, per the CMP). A complete proposed amended schedule is included below.

The parties have served and responded to written requests for production and interrogatories. Defendants have begun rolling document productions, and Plaintiffs anticipate doing so within the next 10 days. However, the volume of correspondence spanning the last ten years – the time period relevant to the claims in this case – is enormous. The Parties are diligently working through this substantial undertaking and anticipate completing document production substantially by the end of July, but will still require additional time to thoroughly review the produced documents and conduct fact depositions. A 60-day extension would allow the parties sufficient time to complete these tasks and ensure a comprehensive understanding of the complex fact patterns in this case before the next phase of litigation.

The parties have not previously requested any extensions of the case schedule or fact discovery. Both parties consent to the request.

                                                            Respectfully Submitted,

                                                            /s/Lacy H. Koonce III

                                                             Lacy H. Koonce, III
                                                             Klaris Law PLLC
                                                             161 Water Street, #904
                                                             New York, NY 10038
                                                            Lance.koonce@klarislaw.com
                                                             (917) 612-5861

# KLARIS

| Item | Current Date | Proposed Date |
|---|---|---|
| Completion of Fact Discovery | August 4, 2025 | October 3, 2025 |
| Completion of Depositions | August 4, 2025 | October 3, 2025 |
| Requests to Admit to be Served By | August 4, 2025 | October 3, 2025 |
| Expert Discovery Cutoff | September 18, 2025 | November 3, 2025 |
| Conduct Settlement Conference | August 18, 2025 | October 17, 2025 |
| Final Pretrial Submission Date | September 3, 2025 | December 3, 2025 |
| Deadline to Submit Proposed Finding of Facts and Conclusions of Law | September 3, 2025 | December 3, 2025 |
| Deadline to Submit Jury Instructions | September 3, 2025 | December 3, 2025 |
| Deadline to file Motions in Limine | After close of discovery and before Pretrial Submission Date | After close of discovery and before Pretrial Submission Date |

GRANTED.

SO ORDERED.

Dated: July 7, 2025
        New York, New York

_____
ANALISA TORRES
United States District Judge

Klaris Law PLLC                                                    Lance.Koonce@KlarisLaw.com
161 Water Street, Ste 904, New York, NY 10038                                (917) 612-5861