```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/11/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANOMALOUS PRODUCTIONS, LLC; DANNY ABOSCH; AND JOHN MACLAY,

                Plaintiffs,

-against-

SCHOLASTIC ENTERTAINMENT INC.; AND SCHOLASTIC INC.,

                Defendants.

24 Civ. 8041 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated July 7, 2025, the Court extended the fact discovery deadline to October 3, 2025. ECF No. 68. Accordingly, the case management conference currently scheduled for August 18, 2025, is ADJOURNED to **October 27, 2025**, at **10:00 a.m.**

    SO ORDERED.

Dated: August 11, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge