```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/15/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANOMALOUS PRODUCTIONS, LLC; DANNY ABOSCH; AND JOHN MACLAY,

                Plaintiffs,

-against-

SCHOLASTIC ENTERTAINMENT INC.; AND SCHOLASTIC INC.,

                Defendants.

24 Civ. 8041 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated September 22, 2025, the Court extended the fact discovery deadline to December 2, 2025.  ECF No. 71.  Accordingly, the case management conference currently scheduled for October 27, 2025, is ADJOURNED to **December 22, 2025**, at **10:00 a.m.**

    SO ORDERED.

Dated: October 15, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge