UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANOMALOUS PRODUCTIONS, LLC; DANNY ABOSCH; AND JOHN MACLAY,

                Plaintiffs,

-against-

SCHOLASTIC ENTERTAINMENT INC.; AND SCHOLASTIC INC.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **12/3/2025**

24 Civ. 8041 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated December 3, 2025, the Court extended the fact discovery deadline to January 16, 2026. Accordingly, the case management conference currently scheduled for December 22, 2025 is ADJOURNED to **February 9, 2026**, at **10:00 a.m.**

    SO ORDERED.

Dated: December 3, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge