# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| DANOMALOUS PRODUCTIONS, LLC; DANNY ABOSCH; AND JOHN MACLAY<br><br>Plaintiffs,<br><br>v.<br><br>SCHOLASTIC ENTERTAINMENT INC.; AND SCHOLASTIC INC.<br><br>Defendant. | Case No. 24-cv-08041<br><br>**PLAINTIFFS' NOTICE OF DEPOSITION OF PERSON MOST QUALIFIED FOR SCHOLASTIC ENTERTAINMENT, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30 (b)(6)** |

**TO:**   Guy Cohen
Jacklyn M. Siegel
William S. Kukin
1675 Broadway
New York, New York 10019
(212) 468-4800
gcohen@dglaw.com
jseigel@dglaw.com
wkukin@dglaw.com
*Attorneys for Defendants Scholastic Inc.*
*and Scholastic Entertainment Inc.*

**PLEASE TAKE NOTICE** that, pursuant to Rules 26 and 30(b)(6) of the Federal Rules of Civil

Procedure, Danomalous Productions, LLC, Danny Abosch, and John Maclay ("Plaintiffs"), by

their counsel, will take the deposition upon oral examination of the person or persons most

qualified to testify on behalf of Scholastic Entertainment, Inc. and Scholastic, Inc. ("SEI") on

Wednesday, October 1, 2025 at 9:00am EST with respect to the following topics:

1. The creation, development, approval, and production of the play titled "Goosebumps the

   Musical: Phantom of the Auditorium" ("the Play"), which for purposes of this deposition

   notice will include the script, libretto, lyrics, compositions, arrangements, orchestrations,

1

orchestral tracks, sheet music and cast album of original music from the Play, and any and all other materials underlying and/or contained in the Play (the "Underlying Materials").

2. The terms of any agreements related to the Play;

3. The nature and terms of any agreements relating to the book "GOOSEBUMPS: Phantom of the Auditorium" (the "Property") with third parties, including but not limited to Sony Entertainment;

4. Susan Gurman and/or Gurman Agency LLC's (together, "Gurman") representation of SEI in connection with the Property and/or the Play;

5. SEI's policies, procedures and standard practices, regarding the disposition of rights in and to any of its properties for derivative works, including but not limited to stage play derivatives;

6. Communications between SEI and Plaintiffs concerning the Play;

7. Communications between SEI and Gurman concerning the Play;

8. Knowledge of SEI's promotion, marketing and advertising of the Play;

9. Knowledge of revenues SEI received in connection with the Play.

The deposition will begin on October 2, 2025, at 9:00am E.T. or at such time as may be agreed upon by counsel, continuing from day to day until completed or otherwise adjourned, at the offices of Klaris Law PLLC, 161 Water Street, Suite 904, New York, NY 10038. A duly authorized officer certified to administer oaths and take depositions will be present at the deposition. The deposition will be taken by stenographic and/or videographic means, and the deposition will be taken for the purpose of discovery, cross examination of an opposing party, preservation of testimony for trial, for use at trials or hearings, and for all other purposes authorized by law.

Dated:   New York, New York
         September 9, 2025

2

Respectfully submitted,
**KLARIS LAW, PLLC**

By: /s/ Lacy H. Koonce III

    Lacy ("Lance") H. Koonce, III
    Gili Karev
    161 Water Street, Suite 904
    New York, NY 10038
    (646) 779-4882
    Lance.Koonce@klarislaw.com
    Gili.Karev@klarislaw.com

*Attorneys for Plaintiffs Danomolous Productions, LLC; Danny Abosch; and John Maclay*

3

## CERTIFICATE OF SERVICE

It is hereby certified that, on September 9, 2025, the foregoing
**NOTICE OF DEPOSITION OF PERSON MOST QUALIFIED FOR SCHOLASTIC
ENTERTAINMENT, INC. PURSUANT TO FEDERAL RULE OF CIVIL
PRODUCEDURE 30(b)(6)** was served by email upon the following individuals:

Guy Cohen
Jacklyn M. Siegel
William S. Kukin
gcohen@dglaw.com
jseigel@dglaw.com
wkukin@dglaw.com