UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANOMALOUS PRODUCTIONS, LLC; DANNY
ABOSCH; AND JOHN MACLAY,

                Plaintiffs,

     -against-

SCHOLASTIC ENTERTAINMENT INC.; AND
SCHOLASTIC INC.,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/5/2026
```

24 Civ. 8041 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By order dated December 29, 2025, the Court adjourned, *inter alia*, the deadline for requesting a pre-motion conference on anticipated summary judgment motions given Defendants' pending motion to dismiss. *See* ECF No. 77. Accordingly, the case management conference currently scheduled for Monday, February 9, 2026, at 10:00 a.m. is ADJOURNED *sine die*.

     SO ORDERED.

Dated: February 5, 2026
      New York, New York

_____
ANALISA TORRES
United States District Judge