UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANOMALOUS PRODUCTIONS, LLC;
DANNY ABOSCH; AND JOHN MACLAY,

               Plaintiffs,

      -against-

SCHOLASTIC ENTERTAINMENT INC.; AND
SCHOLASTIC INC.,

               Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   3/30/2026
```

24 Civ. 8041 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Plaintiffs move to seal portions of their March 12, 2025 letter at ECF No. 46 because it contains a two-sentence "summary of settlement discussions" from a settlement conference before the Honorable Ona T. Wang. *See* Ltr. Mot., ECF No. 55; *see also* ECF No. 57 (letter with proposed redactions); ECF No. 34 (order of reference for settlement).

The letter, which is addressed to Judge Wang and relates only to the settlement conference, is arguably not a judicial document to which the presumption of public access applies. *See Metro. Transp. Auth. v. Duffy*, 782 F. Supp. 3d 193, 199 (S.D.N.Y. 2025) (holding that a letter was not a judicial document because it "was not intended to have any role in the Court's decision in this case"). To the extent the public has a right of access to the document under the common law or the First Amendment, the Court finds that the proposed redactions are justified by both "'countervailing factors' in the common law framework or 'higher values' in the First Amendment framework," *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 124 (2d Cir. 2006)—specifically, the benefits of settlement conferences and the parties' reliance on the confidentiality of the settlement conference in making the statements at issue, *see, e.g.*, Rule VII(a), Hon. Ona T. Wang Individual Practices in Civil Cases ("All settlement conferences are . . . strictly confidential."); Ltr. Mot. at 1 (stating that Judge Wang "advised the [p]arties that statements made during the conference were confidential").

Therefore, Plaintiffs' motion is GRANTED. The unredacted letter at ECF No. 46 shall remain under seal, with a redacted copy filed on the public docket, *see* ECF No. 57. The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 55 and 57.

      SO ORDERED.

Dated: March 30, 2026
      New York, New York

                                _____
                                    ANALISA TORRES
                               United States District Judge