

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    4/30/2026

Guy Cohen
d 212 468 4853
gcohen@dglaw.com

April 29, 2026

**By ECF and Email**

Honorable Analisa Torres
United States District Court
500 Pearl Street
New York, NY 10007-1312

> Re:    *Abosch et al. v. Scholastic Entertainment Inc., et al.*, No. 24-cv-08041 (AT)

Dear Judge Torres:

This firm represents Defendants Scholastic Inc. and Scholastic Entertainment Inc. (together, "Scholastic") in the above-referenced action.  We write on behalf of all parties to request that the Court set a briefing schedule for Scholastic's anticipated motion for partial dismissal of the Second Amended Complaint ("SAC," ECF No. 86) and subsume the briefing for Scholastic's previously filed motion for reconsideration (ECF No. 85) within the proposed briefing schedule. Plaintiffs consent to the proposed schedule set forth below.

Scholastic previously moved to dismiss the First Amended Complaint ("FAC," ECF No. 49).  By order dated March 30, 2026 (ECF No. 82), the Court (among other rulings) (1) denied Scholastic's motion as to Count VI of the FAC (breach of contract), holding that Plaintiffs plausibly alleged that Scholastic breached the covenant of good faith and  fair dealing; and (2) granted Scholastic's motion as to Count II (Fraudulent Inducement) and Count X (Contract Voidness).  Thereafter, Scholastic filed a motion for reconsideration of the March 30 order with respect to Count VI.  (ECF No. 83.)  By order dated April 16, 2026, the Court set a briefing schedule for the reconsideration motion, directing Plaintiffs to file their response by April 30, 2026 and Defendants to reply by May 7, 2026.  (ECF No. 85.)  Plaintiffs have since filed the SAC, in which they amend Count II of the FAC but do not amend Counts VI and X. Plaintiffs take the position that the filing of the SAC moots the reconsideration motion; Scholastic disagrees.[1] Regardless of how the Court resolves this dispute, the parties jointly request the modified schedule

---

[1]  Scholastic notes that, in the context of a motion to dismiss, a pending motion is not "automatically rendered moot when a complaint is amended." *Pettaway v. Nat'l Recovery Sols., LLC*, 955 F.3d 299, 303-04 (2d Cir. 2020).  Rather, a district court may "consider the merits of the motion, analyzing the facts as alleged in the amended pleading."  *Id.*  The Second Circuit instructs that such an approach is "sound" because it "promotes judicial economy by obviating the need for multiple rounds of briefing addressing complaints that are legally insufficient."  *Id.*  Scholastic's position is that the SAC does not supersede the March 30 order; Scholastic's arguments in the motion for reconsideration apply equally to the revised pleading because Count VI has not been amended; and the Court has discretion to address the issue that is still pending on the original motion to dismiss.


set forth below.

Scholastic intends to move to dismiss Counts II, VI and X of the SAC. As to Count VI, Scholastic's arguments in support of dismissal are the same as those articulated in the motion for reconsideration. Therefore, to avoid duplicate briefing on the same issue, Scholastic in its moving brief will likely incorporate by reference the arguments set forth in its reconsideration motion. The parties agree that Plaintiffs should be permitted to respond simultaneously to the reconsideration motion and the motion to dismiss the SAC, and that Scholastic should file simultaneous replies.

Accordingly, the parties request that the Court modify the briefing schedule set by its April 16, 2026 order (ECF No. 85) and adopt the following schedule:

- **May 11, 2026**: Scholastic to file its motion for partial dismissal of the SAC (incorporating its arguments for reconsideration as to Count VI);
- **June 1, 2026**: Plaintiffs to file their opposition; and
- **June 15, 2026**: Scholastic to file its reply.

This is the parties' first request for a modification of the briefing schedule set by the Court's April 16, 2026 order.

Respectfully submitted,

 /s/ Guy Cohen

Guy Cohen

GRANTED IN PART. Under Rules III(A) and III(B) of the undersigned's Individual Practices in Civil Cases, the parties are required to exchange two sets of pre-motion letters in connection with Scholastic's anticipated motion to dismiss. Accordingly:

- By **May 11, 2026**, Scholastic shall file its second pre-motion letter for partial dismissal of the SAC;
- By **May 18, 2026**, Plaintiffs shall file their opposition letter.
- Thereafter, the Court will set a briefing schedule on Scholastic's motion to dismiss, which shall subsume the briefing schedule for Scholastic's motion for reconsideration. In its anticipated motion to dismiss, Scholastic may incorporate its arguments for reconsideration as to Count VI by reference, and Plaintiffs may respond simultaneously to the reconsideration motion and motion to dismiss. The parties may propose a briefing schedule in their pre-motion letters.

SO ORDERED.

Dated: April 30, 2026
        New York, New York



ANALISA TORRES
United States District Judge