**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                             :
ABOSCH et al.,                                               :
                                                             :
                        Plaintiffs,                          :         24-CV-8041 (AT) (OTW)
                                                             :
            -against-                                        :         **ORDER**
                                                             :
SCHOLASTIC ENTERTAINMENT INC. et al.,                        :
                                                             :
                        Defendants.                          :
                                                             :
                                                             :
-------------------------------------------------------------x

      **ONA T. WANG, United States Magistrate Judge:**

      In light of Judge Torres's Order on Defendants' Motion to Dismiss (ECF 82), Plaintiffs are directed to file supplemental letter briefing which addresses whether or not their current discovery dispute (ECF 78) is still active, is now moot, or may be narrowed. Additionally, Plaintiffs should indicate whether an in-person conference is desired.

      Plaintiffs are directed to file their letter by **May 15, 2026**. Any opposition shall be due **May 22, 2026.**

      **SO ORDERED.**

                                                      _/s/ Ona T. Wang_____
Dated: May 7, 2026                                    **Ona T. Wang**
      New York, New York                       United States Magistrate Judge