UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANOMALOUS PRODUCTIONS, LLC;
DANNY ABOSCH; AND JOHN MACLAY,

                    Plaintiffs,

        -against-

SCHOLASTIC ENTERTAINMENT INC.; AND
SCHOLASTIC INC.,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___5/26/2026___

24 Civ. 8041 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Defendants' pre-motion letter seeking leave to file a motion to dismiss Plaintiffs' second amended complaint ("SAC"), Plaintiffs' response, and the parties' jointly proposed briefing schedule. *See* ECF Nos. 91, 93, 94, 96; *see also* ECF No. 88. Accordingly:

1. By **June 4, 2026**, Defendants shall file their motion for partial dismissal of the SAC, incorporating their arguments for reconsideration as to Count VI (*see* ECF No. 83);

2. By **June 25, 2026**, Plaintiffs shall file their opposition to the motion to dismiss and motion for reconsideration; and

3. By **July 9, 2026,** Defendants shall file their reply, if any.

The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 91, 93, 94, and 96.

      SO ORDERED.

Dated: May 26, 2026
      New York, New York

_____
ANALISA TORRES
United States District Judge